Richard Radley, Appellant, v. Steel Cable Engineering Company, Respondent.— Judgment affirmed, with costs. All concurred.

Elbie G. Hoover, Respondent, v. Henry H. Hubbard, Appellant, Impleaded with Elmer E. Hubbard.— Judgment and order affirmed, with costs. All concurred, except Spring, J., who dissented.

Charles Hawkins, Plaintiff, v. International Railway Company, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concurred ; Spring, J., not sitting.

Mazie L. Cafferty, Respondent, v. International Railway Company, Appellant. — Judgment and order reversed and new trial ordered, with costs to appellant to abide event. Held, that the verdict is contrary to and against the weight of the evidence upon the questions of defendant's negligence and plaintiff's freedom from contributory negligence. All concurred; Spring, J., not sitting.

Albert Reed, as Administrator, etc., of James B. Wiley, Deceased, Respondent, v. Edrick H. Farrand and Janett Farrand, Appellants.— Judgment and the intermediate orders appealed from affirmed, with costs, and order denying motion for resettlement of case affirmed, with ten dollars costs. All concurred.

Cora A. Smith, as Administratrix, etc., of Raymond F. Smith, Deceased, Respondent, v. Phœnix Bridge Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on memorandum of Spring, J., in the case of *Bowen* v. *Phœnix Bridge Co. (ante,* p. 22), decided at this term of court. All concurred, except Williams and Kruse, JJ., who dissented upon the grounds stated in dissenting memorandum by Kruse, J., in the case of *Bowen* v. *Phœnix Bridge Co. (ante,* p. 24), decided at this term of court.

Katharine R. Fitzpatrick, as Administratrix, etc., of John E. Fitzpatrick, Deceased, Respondent, v. Buffalo Union Furnace Company, Appellant.—Judgment and order affirmed, with costs. All concurred, except Robson, J., who dissented.

Irving Duell, Respondent, v. Fred Edick, Appellant.—Judgment affirmed, with costs. All concurred.

The People of the State of New York, Respondent, v. Eugene B. Walker, Appellant.— Judgment affirmed. All concurred.

Herbert E. Newell, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

May L. Driscoll, as Executrix, etc., of William H. Driscoll, Deceased, Respondent, v. American Fidelity Company, Appellant.— Judgment and order affirmed, with costs. All concurred.